COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Cecil Adams and Maxine Adams v. Harris County, Texas, Relators

Appellate case number:    01-16-00760-CV

Trial court case number:   2014-35653

Trial court:             157th District Court of Harris County

On December 29, 2016, this Court's Order had directed appellants to pay for the reporter's record within 30 days of that order or else this Court would set the briefing schedule without it. On February 6, 2017, appellants, Cecil and Maxine Adams, proceeding pro se, filed a "Motion to Stay Appeal Pending Ruling on Mandamus Relief in Cause No. 01-16-00405-CV." Appellants state that they filed an "Amended Request for Emergency En Banc Motion for Reconsideration and Emergency Notice of Intent to File Writ of Mandamus to the Supreme Court of Texas," also on February 6, 2017, in 01-16-00405-CV. Appellants claim that a stay is needed because if this Court grants their amended motion and petition, that would render this appeal moot.

This Court has not yet determined whether to permit the amended motion or to request a response from the real parties in interest in 01-16-00405-CV. *See* TEX. R. APP. P. 49.2, 49.6. However, appellants' motion for a stay does not identify the need to stay this appeal pending this Court's resolution of their amended motion. Accordingly, the Court **DENIES** the appellants' motion to stay. *See* TEX. R. APP. P. 52.10(a), (b).

Because the appellants filed this motion partly in response to this Court's December 29, 2016 Order, appellants are **ORDERED** to pay for the reporter's record and file evidence of payment with this Court **within 10 days of the date of this order**. If appellants fail to comply with this Order, this Court will proceed without the reporter's record and set the briefing schedule. *See* TEX. R. APP. P. 37.3(c)(1), (2), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes

                    X Acting individually    ☐ Acting for the Court

Date: February 14, 2017